ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 3 2004

LUTHER D. THOMAS, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON M. DURR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:03-CV-2291-MHS/GGB |
| ) | |
| ECHOSTAR COMMUNICATIONS ) | |
| DISH NETWORK SERVICE CORP. ) | |
| ) | |
| Defendants. ) | |

## SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

COME NOW, Echostar Communications and Dish Network Service Corp., the Defendants herein, by way of special appearance and without waiving any objections to service or jurisdiction, and file this, their Supplemental Brief In Support of Their Motion To Compel Arbitration And Stay Proceedings. For the reasons provided below, Defendants' unopposed Motion To Compel Arbitration and Stay Proceedings should be granted.

On February 12, 2004, Defendants filed a Motion To Compel Arbitration and Stay Proceedings. Subsequently, Plaintiff had 30 days (plus a three-day mail extension) within which to file a response to Defendants' Motion, due on or before March 16, 2004. Plaintiff has not filed any response to the Motion To Compel Arbitration and thus it is unopposed.

6

Accordingly, for the reasons set forth in Defendants' Motion To Compel Arbitration and Stay Proceedings, and set forth herein, Defendants respectfully request that their unopposed Motion To Compel Arbitration and Stay Proceedings be granted. A proposed Order is attached.

Respectfully submitted,

                                    **FREEMAN MATHIS & GARY, LLP**

                                    Christopher E. Parker
                                    Georgia Bar No. 562152
                                    Pia J. Koslow
                                    Georgia Bar No. 528589

                                    Attorney for Defendants

100 Galleria Parkway
Suite 1600
Atlanta, Georgia 30339-5948
T – 770.818.0000
F – 770.937.9960

PJK0598

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 2 3 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

| | |
|---|---|
| JASON M. DURR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO.1:03-CV-2291 MHS/GGB |
| | ) |
| ECHOSTAR COMMUNICATIONS | ) |
| DISH NETWORK SERVICE CORP. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing DEFENDANTS' SUPPLEMENTAL BRIEF IN SUPPORT OF ITS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND SUPPORTING MEMORANDUM OF LAW upon all parties to this matter by depositing a true copy of same via regular and certified mail, proper postage prepaid, addressed to pro se plaintiff as follows:

> Mr. Jason M. Durr
> 120 Sunset Road
> McDonough, GA 30253

This 22 day of March, 2004.

_Chris Parker_
Christopher E. Parker
Georgia Bar No. 562152

100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
T – 770.818.0000
F – 770.937.9960

RECEIVED IN CLERK'S OFFICE
U.S.D.

MAR 23 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON M. DURR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CIVIL ACTION FILE |
| v. | ) NO.1:03-CV-2291 MHS/GGB |
| | ) |
| ECHOSTAR COMMUNICATIONS | ) |
| DISH NETWORK SERVICE CORP. | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING UNOPPOSED MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

In consideration of the above stated motion, it is Ordered:

Defendant's Motion to Compel Arbitration and Stay Proceedings in the above-referenced action is hereby granted.

DONE AND ORDERED, this _____ day of _____, 2004

_____
The Honorable Gerrilyn Brill
United States District Court